# EXHIBIT A

#1

COMMONWEALTH OF MASSACHUSETTS
BRISTOL COUNTY SUPERIOR COURT DEPARTMENT

BRISTOL, SS. Civil Action No. 2473CV00265 B

ANGELO MONE,
Plaintiff

VS.

HOME DEPOT U.S.A., INC.
Defendant

BRISTOL,SS SUPERIOR COURT
FILED

APR - 1 2024

JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

## ***COMPLAINT AND JURY TRIAL DEMAND***

1. The Plaintiff, Angelo Mone is an individual residing at 66 Merrit Road, Riverside, RI 02915.

2. The Defendant is a foreign corporation duly organized according to law with its principal office located at 2455 Paces Ferry Road, Atlanta, GA 30339.

3. On or about April 14, 2021, the Plaintiff was lawfully and carefully on property owned by the Defendant located at 95 Highland Ave, Seekonk, MA 02771.

4. Despite using great care, the Plaintiff slipped and fell on the Defendant's property.

5. The Defendant negligently owned, controlled, and maintained said property so as to create a hazard that caused Plaintiff to fall.

6. As a direct and proximate result of the negligence of Defendant, the Plaintiff fell on the Defendant's property, suffered personal injury, incurred medical expenses, suffered disability, and lost wages.

## **COUNT I**
### **Angelo Mone vs. Home Depot U.S.A., Inc.**

The Plaintiff repeats and realleges paragraphs 1 through 6.

WHEREFORE, Plaintiff demands judgment against the Defendant, Home Depot U.S.A., Inc. in an amount deemed reasonable by the Court.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

Dated: 04/01/2024

Respectfully submitted,
Angelo Mone
By his Attorney,

Russell Luiz, BBO#689213
LAW OFFICE OF RUSSELL D. LUIZ
66 N Second Street
New Bedford, MA 02740
Tel: (774) 305-4159

## Commonwealth of Massachusetts

BRISTOL, ss.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2473CV00265

Angelo Mone, PLAINTIFF(S),

v.

Home Depot U.S.A., Inc., DEFENDANT(S)

**SUMMONS**

THIS SUMMONS IS DIRECTED TO Home Depot U.S.A., Inc.. (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Bristol Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**
2. **How to respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or Plaintiff, if unrepresented). You can do this by:
   a. Filing or mailing your **signed original** Answer with the Clerk's Office for Civil Business, Bristol Superior Court, 441 County St., New Bedford, MA 02740 (address), by mail or in person, **AND**
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: 66 N. Second Street, New Bedford, M.A 02740.
3. **What to include in your response.** An **"Answer"** is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons list under **Mass.R.Civ.P. 12.** If you are filing the Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at **www.mass.gov.courts/case-legal-res/rulesofcourt.**

2400514

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.
5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of you Answer or Motion to Dismiss.

Witness, Hon. Heidi E. Brieger, Chief Justice on April 1, 2024.

Jennifer A. Sullivan, Esq.
Clerk of the Courts

**NOTE:** The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on ______________________, 20_____, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons,

**Suffolk County Sheriff's Department** · 132 Portland Street, Boston, MA 02114 · (617) 704-6999

*Suffolk, ss.*

**April 16, 2024**

**I hereby certify and return that on 4/12/2024 at 8:45 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez, Process Clerk, agent and person in charge at the time of service for Home Depot USA Inc., at 84 State Street Boston, MA 02109 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($22.88) Total: $59.18**

Deputy Sheriff Gabrielle Drapeau

*Deputy Sheriff*

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2473CV00265 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Mone, Angelo vs. Home Depot U.S.A., Inc. | | Jennifer A. Sullivan, Clerk of Court Bristol County |
| TO: File Copy | | COURT NAME & ADDRESS Bristol County Superior Court - New Bedford 441 County Street, 1st floor New Bedford, MA 02740 |

**TRACKING ORDER - F - Fast Track**

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION** **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 07/01/2024 | |
| Response to the complaint filed (also see MRCP 12) | | 07/30/2024 | |
| All motions under MRCP 12, 19, and 20 | 07/30/2024 | 08/29/2024 | 09/30/2024 |
| All motions under MRCP 15 | 07/30/2024 | 08/29/2024 | 09/30/2024 |
| All discovery requests **and depositions** served and non-expert depositions completed | 01/27/2025 | | |
| All motions under MRCP 56 | 02/25/2025 | 03/27/2025 | |
| Final pre-trial conference held and/or firm trial date set | | | 07/25/2025 |
| Case shall be resolved and judgment shall issue by | | | 04/01/2026 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| **04/01/2024** | **Kellee-Sue Milord** | **(508)996-2051** |